IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
      v.                    )       1:12cr06-MHT
                            )          (WO)
CLAUDIA VALDEZ-GOMEZ        )
```

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses.  Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.  Upon consideration of the recommendation of the Retroactivity Screening Panel entered October 12, 2016, and after an independent and de novo review of the record, it is ORDERED that defendant Claudia Valdez-Gomez's motion for sentence reduction (doc. no. 47) is denied.  Because defendant Valdez-Gomez received

a sentence that was not based on the advisory Sentencing Guidelines, she is not eligible for a sentencing reduction under Amendment 782.

DONE, this the 12th day of October, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE